United States District Court
District of Connecticut
FILED AT BRIDGEPORT
March 17, 08
Roberta D. Tabora, Clerk
By: Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

Case No. 3 08mj 67 (HBF)
3 08mj 66 (HBF)

v.

RENATA AMARAL,
MONICA TEIXEIRA

Date: March 14, 2008

### Order

Based on the affidavit of Special Agent Amy Cho of the Internal Revenue Service, I find that the law enforcement interests of protection of the ongoing investigation clearly outweigh the qualified First Amendment right of public access to these documents. These documents will remain sealed and docketing will be delayed until further order of the Court.

Dated this March 14, 2008, at Bridgeport, Connecticut.

_____
HON. HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE